UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAMS, | Case No.: 1:10-CV-02358-A WI-SKO |
| Plaintiff, | ORDER |
| V. | |
| LYCOMING, ELITE AIR, | Courtroom: 2<br>The Honorable Anthony W. Ishii |
| Defendants. / | |

ORDER

Plaintiff and ELITE AIR SERVICE have submitted a stipulation to delete the intentional tort allegations and punitive damages claim against ELITE AIR SERVICE. The Court having reviewed the stipulation accepts the same. This order is entered in accordance with the stipulation without prejudice.

IT IS SO ORDERED.

Dated:   February 7, 2011                                        _____
                                                                                CHIEF UNITED STATES DISTRICT JUDGE