IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAMS ) | 1:10-CV-02358 AWI SKO |
| ) | |
| Plaintiff, ) | ORDER VACATING |
| v. ) | FEBRUARY 14, 2011 |
| ) | HEARING DATE AND |
| LYCOMING, A TEXTRON CO., et al., ) | TAKING MATTER UNDER |
| ) | SUBMISSION |
| Defendants. ) | |

Currently pending before this Court is Defendant AVCO's motion to dismiss. This motion is set for hearing on February 14, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 14, 2011, is VACATED, and the parties shall not appear at that time. As of February 14, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE