1  TIMOTHY J. RYAN, SBN 99542
   REBEKKA MARTORANO, SBN 173600
2  ANNA F. MOLANDER, SBN 217794
   THE RYAN LAW GROUP
3  2379 Gateway Oaks Drive, Suite 100
   Sacramento, California 95833
4  Telephone: (916) 924-1912
   Facsimile: (916) 923-3872
5  tryan@ryanlg.com
   rmartorano@ryanlg.com
6  amolander@ryanlg.com

7  Attorneys for Defendant
   AVCO Corporation and its
8  Lycoming Engines Division

FILED
SEP 1 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONALD WILLIAMS, | No. **1:10-cv-02358-AWI-SKO** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF ENTIRE ACTION** |
| LYCOMING, (A TEXTRON CO.), ELITE AIR SERVICE, AND CHRISTIN, INC. AND DOES 1-100 inclusive, | |
| Defendants. | |
| FEDERAL INSURANCE COMPANY, Intervenor. | |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) in its entirety.

///

///

1
STIPULATION OF DISMISSAL OF ENTIRE ACTION

| | | |
|---|---|---|
| 1 | Dated: February 22, 2012 | RICHARD SCHNEIDER, ATTORNEY AT LAW |
| 2 | | |
| 3 | | By: _/s/ Richard Schneider_ |
| 4 | | RICHARD SCHNEIDER, Attorney for Plaintiff Donald Williams |
| 5 | | |
| 6 | Dated: February 23, 2012 | THE RYAN LAW GROUP |
| 7 | | By: _/s/ Rebekka Martorano_ |
| 8 | | By: REBEKKA MARTORANO, Attorneys for Defendant AVCO Corporation and its Lycoming Engines Division |
| 9 | | |
| 10 | | |
| 11 | Dated: February __, 2012 | WEBB & WALTON, LLP |
| 12 | | By: |
| 13 | | AMY LOVEGREN-TIPTON, Attorneys for Defendant Elite Air Service |
| 14 | | |
| 15 | Dated: February __, 2012 | LaMONTAGNE & TERHAR, LLP |
| 16 | | |
| 17 | | By: |
| 18 | | Michael J. Terhar, Attorneys for Intervenor Federal Insurance Company |

2

**STIPULATION OF DISMISSAL OF ENTIRE ACTION**

1 | Dated: February __, 2012         RICHARD SCHNEIDER, ATTORNEY AT LAW

By: _____
RICHARD SCHNEIDER, Attorney for
Plaintiff Donald Williams

Dated: February __, 2012         THE RYAN LAW GROUP

By: _____
By: REBEKKA MARTORANO, Attorneys for
Defendant AVCO Corporation and
its Lycoming Engines Division

Dated: February 3, 2012         WEBB & WALTON, LLP

By: _____
AMY LOVEGREN-TIPTON, Attorneys for
Defendant Elite Air Service

Dated: February __, 2012         LaMONTAGNE & TERHAR, LLP

By: _____
Michael J. Terhar, Attorneys for
Intervenor Federal Insurance Company

2

**STIPULATION OF DISMISSAL OF ENTIRE ACTION**

| | | |
|---|---|---|
| 1 | Dated: February __, 2012 | RICHARD SCHNEIDER, ATTORNEY AT LAW |
| 2 | | |
| 3 | | By: _____<br>RICHARD SCHNEIDER, Attorney for<br>Plaintiff Donald Williams |
| 4 | | |
| 5 | Dated: February __, 2012 | THE RYAN LAW GROUP |
| 6 | | |
| 7 | | By: _____<br>By: REBEKKA MARTORANO, Attorneys for<br>Defendant AVCO Corporation and<br>its Lycoming Engines Division |
| 8 | | |
| 9 | | |
| 10 | Dated: February __, 2012 | WEBB & WALTON, LLP |
| 11 | | |
| 12 | | By: _____<br>AMY LOVEGREN-TIPTON, Attorneys for<br>Defendant Elite Air Service |
| 13 | | |
| 14 | | |
| 15 | Dated: February 7, 2012 | LaMONTAGNE & TERHAR, LLP |
| 16 | | By: _[signature]_<br>Michael J. Terhar, Attorneys for<br>Intervenor Federal Insurance Company |
| 17 | | |
| 18 | | |

It is so Ordered, Dated: 9-10-12

_[signature]_
United States District Judge

---

STIPULATION OF DISMISSAL OF ENTIRE ACTION

2