TIMOTHY J. RYAN, SBN 99542
REBEKKA MARTORANO, SBN 173600
ANNA F. MOLANDER, SBN 217794
THE RYAN LAW GROUP
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com
amolander@ryanlg.com

Attorneys for Defendant
AVCO Corporation and its
Lycoming Engines Division

FILED

SEP 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONALD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LYCOMING, (A TEXTRON CO.), ELITE AIR SERVICE, AND CHRISTIN, INC. AND DOES 1-100 inclusive,<br><br>　　　　Defendants.<br><br>FEDERAL INSURANCE COMPANY,<br>　　　　Intervenor. | No.　**1:10-cv-02358-AWI-SKO**<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) in its entirety.

///

///

1

STIPULATION OF DISMISSAL OF ENTIRE ACTION

Dated: February 22, 2012    RICHARD SCHNEIDER, ATTORNEY AT LAW

By: /s/ Richard Schneider
RICHARD SCHNEIDER, Attorney for
Plaintiff Donald Williams

Dated: February 23, 2012    THE RYAN LAW GROUP

By: /s/ Rebekka Martorano
By: REBEKKA MARTORANO, Attorneys for
Defendant AVCO Corporation and
its Lycoming Engines Division

Dated: February __, 2012    WEBB & WALTON, LLP

By: _____
AMY LOVEGREN-TIPTON, Attorneys for
Defendant Elite Air Service

Dated: February __, 2012    LaMONTAGNE & TERHAR, LLP

By: _____
Michael J. Terhar, Attorneys for
Intervenor Federal Insurance Company

2
**STIPULATION OF DISMISSAL OF ENTIRE ACTION**

Dated: February __, 2012          RICHARD SCHNEIDER, ATTORNEY AT LAW

                                  By: _____
                                      RICHARD SCHNEIDER, Attorney for
                                      Plaintiff Donald Williams


Dated: February __, 2012          THE RYAN LAW GROUP

                                  By: _____
                                      By: REBEKKA MARTORANO, Attorneys for
                                      Defendant AVCO Corporation and
                                      its Lycoming Engines Division


Dated: February 3, 2012           WEBB & WALTON, LLP

                                  By: _____
                                      AMY LOVEGREN-TIPTON, Attorneys for
                                      Defendant Elite Air Service


Dated: February __, 2012          LaMONTAGNE & TERHAR, LLP

                                  By: _____
                                      Michael J. Terhar, Attorneys for
                                      Intervenor Federal Insurance Company

2

STIPULATION OF DISMISSAL OF ENTIRE ACTION

1 | Dated: February __, 2012     RICHARD SCHNEIDER, ATTORNEY AT LAW

2

3                          By: _____
                                  RICHARD SCHNEIDER, Attorney for
4                                   Plaintiff Donald Williams

5

6 | Dated: February __, 2012     THE RYAN LAW GROUP

7                          By: _____
                                  By: REBEKKA MARTORANO, Attorneys for
8                                   Defendant AVCO Corporation and
9                                   its Lycoming Engines Division

10 | Dated: February __, 2012     WEBB & WALTON, LLP

11

12                          By: _____
                                  AMY LOVEGREN-TIPTON, Attorneys for
13                                   Defendant Elite Air Service

14

15 | Dated: February 7, 2012     LaMONTAGNE & TERHAR, LLP

16                          By: *[signature]*
17                                   Michael J. Terhar, Attorneys for
                                  Intervenor Federal Insurance Company
18

19                                 It is so Ordered, Dated: 9-10-12

20                                 *[signature]*

21                                 United States District Judge

2

**STIPULATION OF DISMISSAL OF ENTIRE ACTION**